FILED & ENTERED

JUL 29 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

Michael A. Heredia,

Debtor.

Case No: 2:10-bk-16192-ER

Chapter: 7

**ORDER DENYING APPLICATION FOR COMPENSATION FOR CAMERON H. TOTTEN, DEBTOR'S ATTORNEY**

Date:     July 14, 2010
Time:    11:00 a.m.
Location: Ctrm. 1568
             Roybal Federal Building
             255 East Temple Street
             Los Angeles, CA 90012

For the reasons set forth in the Court's tentative ruling (attached as Exhibit A and incorporated herein by reference), the Application for Compensation for Cameron H. Totten, Debtor's Attorney (Dkt. #25) is DENIED.

IT IS SO ORDERED.

- 1 -

###

DATED: July 29, 2010

_____
United States Bankruptcy Judge

Exhibit A—Tentative Ruling

This is a chapter 7 case. There is no order approving employment of counsel and in chapter 7 counsel is not compensated from the estate. Therefore, this application is denied.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING APPLICATION FOR COMPENSATION FOR CAMERON H. TOTTEN, DEBTOR'S ATTORNEY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ******, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Thomas J Bayard    tjb@ebh-law.com, michelle@alessibayard.com;emh@ebh-law.com
- David L Hahn    trustee@hahnfife.com, dhahn@ecf.epiqsystems.com
- Laurie Howell    laurie.howell@dre-apc.com
- Charlotte Spadaro    realestatelegalservices@yahoo.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Cameron H Totten
Law Offices of Cameron H Totten
620 N Brand Blvd Ste 405
Glendale, CA 91203

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

- 4 -